UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

LUC BURBON,

                Plaintiff,

    -against-                        ORDER

BLAZE PIZZA, LLC,                 18 Civ. 5236 (GBD)

                Defendant.

------------------------------------x



GEORGE B. DANIELS, United States District Judge:

    The Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       August ___, 2018
       AUG 2 1 2018

                                       SO ORDERED.

                                       *George B. Daniels*
                                       GEORGE B. DANIELS
                                       United States District Judge